[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-10021
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00285-SCJ-JKL-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(September 6, 2019)

Before ROSENBAUM, BRANCH, and GRANT, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's post-plea agreement is GRANTED. *See United States v.*

*Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).